## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAWN KEITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| VS. | )   NO. 06-cv-00607-JPG-PMF |
| | ) |
| **HARRISBURG CARE CENTER, , LLC,** | ) |
| **an Illinois Limited Liability Company,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   April 19, 2007**

**NORBERT JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
                **U. S. DISTRICT JUDGE**